FILED by KZ D.C.
ELECTRONIC
Feb 16, 2012
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-80036-CR-SCOLA/VITUNAC

18 U.S.C. § 1594(c)
18 U.S.C. § 1591(a)(1)
18 U.S.C. § 2422(b)
18 U.S.C. § 2

UNITED STATES OF AMERICA,

vs.

**RASHAD EMON CLARK**
  a/k/a "Shagg Dogg" and
**MANDI L. BOWMAN,**

            Defendants,
_____ /

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

From on or about February 1, 2012, and continuing through on or about February 3, 2012, in Palm Beach County, in the Southern District of Florida, the defendant,

**RASHAD EMON CLARK**
  a/k/a "Shagg Dogg",

did knowingly, in and affecting interstate and foreign commerce, recruit, entice, harbor, transport, provide, obtain and maintain by any means a person, that is, D.A.N., knowing and in reckless disregard of the fact that D.A.N. had not obtained the age of 18 years and would be caused to engage in a commercial sex act, in violation of Title 18, United States Code, Sections 1591(a)(1) and (b)(2).

## COUNT 2

From on or about February 1, 2012, and continuing through on or about February 3, 2012, in Palm Beach County, in the Southern District of Florida, the defendants,

**RASHAD EMON CLARK**
**a/k/a "Shagg Dogg" and**
**MANDI L. BOWMAN,**

did knowingly and willfully combine, conspire, confederate, and agree with each other and with others known and unknown to the Grand Jury, to knowingly, in and affecting interstate and foreign commerce, recruit, entice, harbor, transport, provide, obtain and maintain by any means a person, that is, D.A.N., knowing, and in reckless disregard of the fact, that D.A.N. had not attained the age of 18 years and would be caused to engage in a commercial sex act; in violation of Title 18, United States Code, Sections 1591(a)(l) and (b)(2); all in violation of Title 18, United States Code, Section 1594( c).

## COUNT 3

From on or about February 1, 2012, and continuing through on or about February 3, 2012, in Palm Beach County, in the Southern District of Florida, the defendant,

**RASHAD EMON CLARK**
**a/k/a "Shagg Dogg",**

using a facility and means of interstate and foreign commerce, did knowingly persuade, induce, and entice an individual who had not attained the age of 18 years, that is, D.A.N., to engage in prostitution and any sexual activity for which any person can be charged with a criminal offense, in

violation of Title 18, United States Code, Sections 2422(b) and 2.

A TRUE BILL

_____
FOREPERSON

*[signature]*
WIFREDO FERRER
UNITED STATES ATTORNEY

*[signature]*
LOTHROP MORRIS
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-80036-CR-SCOLA/VITUNAC

UNITED STATES OF AMERICA

vs.

**CERTIFICATE OF TRIAL ATTORNEY\***

**RASHAD EMON CLARK**
a/k/a "Shagg Dog" and
**MANDI L. BOWMAN, ,**

**Defendants.**
_____/

**Superseding Case Information:**

**Court Division:** (Select One)

___ Miami   ___ Key West
___ FTL   _X_ WPB   ___ FTP

New Defendant(s)   Yes ___   No ___
Number of New Defendants   ___
Total number of counts   ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:   (Yes or No)   _No_
   List language and/or dialect   _____

4. This case will take   _4-5_   days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                    (Check only one)

   I    0 to 5 days      _X_           Petty       ___
   II   6 to 10 days     ___           Minor       ___
   III  11 to 20 days    ___           Misdem.     ___
   IV   21 to 60 days    ___           Felony      _X_
   V    61 days and over ___

6. Has this case been previously filed in this District Court? (Yes or No)   _No_
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   _Yes_
   If yes:
   Magistrate Case No.                _12-8039-JMH_
   Related Miscellaneous numbers:     _N/A_
   Defendant(s) in federal custody as of   _N/A_
   Defendant(s) in state custody as of     _N/A_
   Rule 20 from the _____   District of _____

   Is this a potential death penalty case? (Yes or No)   _No_

7. Does this case originate from a matter pending in the U.S. Attorney's Office prior to April 1, 2003?   ___ Yes   _X_ No

8. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999?   ___ Yes   _X_ No
   If yes, was it pending in the Central Region?   ___ Yes   ___ No

9. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?   ___ Yes   _X_ No

10. Does this case originate from a matter pending in the Narcotics Section (Miami) prior to May 18, 2003?   ___ Yes   _X_ No

11. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?   ___ Yes   _X_ No

_____
LOTHROP MORRIS
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 0095044

\*Penalty Sheet(s) attached

REV.9/11/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: RASHAD EMON CLARK
a/k/a "Shagg Dogg"

Case No: 12-80036-CR-SCOLA/VITUNAC

Count #: 1

18 U.S.C. §§ 1591(a)(1) and 2

Sex trafficking of a minor

* **Max. Penalty**: 10 years' mandatory minimum to life imprisonment; $250,000 fine; 5 years' to life supervised release.

Count #: 2

18 U.S.C. § 1594(c)

Conspiracy to commit sex trafficking of a minor

***Max. Penalty**: Any term of years' or life imprisonment; $250,000 fine; 5 years' to life supervised release.

Count #: 3

18 U.S.C. §§ 2422(b) and 2

Coercing and enticing minors to engage in illicit sexual conduct

***Max. Penalty**: 10 years' mandatory minimum to life imprisonment; $250,000 fine; 5 years' to life supervised release.

Count #:


***Max. Penalty**:

Count #:


***Max. Penalty**:

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: MANDI L. BOWMAN

Case No: 12-80036-CR-SCOLA/VITUNAC

Count #: 2

18 U.S.C. § 1594(c)

Conspiracy to commit sex trafficking of a minor

**\* Max. Penalty**: Any term of years' or life imprisonment; $250,000 fine; 5 years' to life supervised release.

Count #:

\*Max. Penalty:

Count #:

\*Max. Penalty:
Count #:

\*Max. Penalty:
Count #:

\*Max. Penalty:

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.