UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-80036 CR-RYSKAMP/HOPKINS

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

Mandi Bowman

        Defendant,

_____/

## NOTICE SETTING HEARING

PLEASE TAKE NOTICE that the **change of plea** in this case has been set before this court for **April 23, 2012** at **10:30 AM** before the Honorable Kenneth L. Ryskamp, United States District Judge, at 701 Clematis Street, Courtroom 1, West Palm Beach, Florida.

Dated this ___21___ day of March, 2012.

                                          KENNETH L. RYSKAMP
                                          **UNITED STATES DISTRICT JUDGE**

                                          **/s/ Katie Brophy**_____
                                          **By: COURTROOM DEPUTY**

cc:    counsel of record
        U.S. Probation and Pretrial