UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-80036-CR-RYSKAMP/HOPKINS

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

Rashad Clark

        Defendant,

_____/

## NOTICE SETTING HEARING

PLEASE TAKE NOTICE that the **Restitution** hearing for the above named defendant in this case, has been set before this court for April 23, 2013 at 9:30 AM before the Honorable Kenneth L. Ryskamp, United States District Judge, at 701 Clematis Street, Courtroom 1, West Palm Beach, Florida.

Dated this ___15___ day of March, 2013.

                                          KENNETH L. RYSKAMP
                                        UNITED STATES DISTRICT JUDGE
                                        /s/ Katie Brophy
                                        By: COURTROOM DEPUTY

cc:    counsel of record
        U.S. Probation and Pretrial