UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-80036-CR-RYSKAMP

UNITED STATES OF AMERICA,

    Plaintiff,
vs.

MANDI BOWMAN,

    Defendant.
_____/

**GOVERNMENT'S MOTION FOR REDUCTION**
**OF SENTENCE PURSUANT TO RULE 35(b)**

COMES NOW, the United States of America, by and through the undersigned Assistant United States Attorney, and hereby moves this Court pursuant to Rule 35(b) of the Federal Rules of Criminal Procedure to reduce the defendant's sentence because of the defendant's substantial assistance to the government in the prosecution of her Co-defendant Rashard Clarke. The defendant also provided substantial assistance to the government in the investigation and prosecution of Defendant Frank Smith.

In terms of an appropriate reduction, the parties have not been able to reach an agreement and, therefore, request that this Court schedule a hearing on this matter.

    Respectfully submitted,

    WIFREDO FERRER
    UNITED STATES ATTORNEY

     s/ LOTHROP MORRIS
  By: LOTHROP MORRIS
    ASSISTANT U.S. ATTORNEY
    Florida Bar # 0095044
    500 Australian Avenue, Suite 400
    West Palm Beach, FL 33401
    (561) 820-8711
    (561) 820-8777 (FAX)
    LOTHROP.MORRIS@USDOJ.GOV

CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was filed with CM/ECF on July 12, 2013.

s/ LOTHROP MORRIS
LOTHROP MORRIS
ASSISTANT UNITED STATES ATTORNEY