UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-80036-CR-RYSKAMP

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

Mandi Bowman

    Defendant.

_____/

## ORDER AMENDING JUDGMENT AND COMMITMENT

**THIS CAUSE** came before the Court upon motion by the government for a reduction of sentence based on substantial assistance pursuant to Rule 35(b) of the Federal Rules of Criminal Procedure. The Court held a hearing on September 12, 2013, and being otherwise advised in the premises it is

**ORDERED and ADJUDGED**:

1. The motion for a reduction of sentence is **Granted**.

2. The sentence imposed by this Court on, committing the defendant to the custody of the Bureau of Prisons, to be imprisoned for a term of months is amended and reduced to a term of **32 months.**

3. In all other respects, the Judgment imposed on July 11, 2012, shall remain in full force and effect.

4. The Court hereby recommends that the defendant be designated to Miami, FL. til the conclusion of her sentence.

**DONE and ORDERED** in West Palm Beach, this __12__ day of September, 2013.

KENNETH L. RYSKAMP
UNITED STATES DISTRICT JUDGE

cc:     counsel of record